UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   :
:
      Petitioner,   :
:
v.   :   CASE No. 8:05-MC-88-T-30TGW
:
JOHNNY RIVERA   :
:
      Respondent.   :
_____:

REPORT AND RECOMMENDATION

This is an action seeking to enforce an Internal Revenue Service summons that had previously been served upon the respondent. At the time of the hearing on the Order to Show Cause, the Government announced that the respondent has now complied with the summons. Accordingly, it asked that the case be dismissed. I, therefore, recommend that, as the Government requests, this case be dismissed in light of the respondent's compliance.

      Respectfully submitted,

      THOMAS G. WILSON
      UNITED STATES MAGISTRATE JUDGE

DATED: DECEMBER 16, 2005

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).